UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER COKE,

                        Movant,                            19 **CIVIL** 263 (LTS)
                                                                    07 **CR.** 971 (LTS)

   -against-

                                                                       **JUDGMENT**

UNITED STATES OF AMERICA,

                        Respondent.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 8, 2021, the Petition is denied in its entirety. Movant may not appeal this order unless "a circuit justice or judge issues a certificate of appealability." 28 U.S.C.A. § 2253(c)(1) (Westlaw Pub. Law 116-259). A certificate will be granted "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2) (Westlaw Pub. Law 116-259); see generally United States v. Perez, 129 F.3d 255, 259-60 (2d Cir. 1997) (discussing the standard for issuing a certificate of appealability). The Court finds that Movant will not be able to sustain this burden. The Court declines to issue a certificate of appealability. The Court further certifies, pursuant to 28 U.S.C. section 1915(a)(3), that an appeal from this order on the merits would not be taken in good faith. Coppedge v. United States, 369 U.S. 438 (1962).

**DATED:**  New York, New York
               April 8, 2021

                                                                **RUBY J. KRAJICK**
                                                               _____
                                                                  Clerk of Court
                                      **BY:**

                                                                  **Deputy Clerk**